Riggs et al. v. Tyson.

---

[34] RIGGS AND ANOTHER, EXECUTORS OF RIGGS, v. TYSON.

1. The costs of a suit, abated by death of testator, cannot be recovered by executor.

2. When a judgment is entire, it cannot be reversed in part and affirmed in part.

*Certiorari* to Justice Peck.

It appeared by the return of the justice, that this action was, in part, to recover the costs of a suit brought by Tyson against Riggs, the testator, in his lifetime, which had abated by the death of Riggs.

PER CURIAM. On an abatement no costs are recoverable at law, (*a*) and this being an entire judgment, cannot be affirmed in part and reversed in part, (*b*) but must be reversed altogether.

(*a*) On the first point, see *Hullock's Law of Costs* 131; *Sayer's Law of Costs* 300, 301, 302; *Allen* v. *Maxey, Barnes* 120; *Pockling* v. *Peck*, 1 *Str.* 638.

(*b*) On the second point, see *Jackson* v. *Commonwealth*, 2 *Bin.* 79; 2 *Bac. Abr.* 500.

CITED *in Krumerick* v. *Krumerick*, 2 *Gr.* 42.